**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-6487**

---

JAMIE SIERRA,

              Plaintiff - Appellant,

      v.

SAMMI D. HASSAN, Institution Medical Doctor; BILLIE MARTIN,
RN, BSN Nursing Supervisor,

              Defendants - Appellees.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:13-cv-00029-TDS-JLW)

---

Submitted:  July 24, 2014          Decided:  July 29, 2014

---

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jamie Sierra, Appellant Pro Se.  Steven Price Weaver,
BROTHERTON, FORD, YEOMAN & BERRY, PLLC, Greensboro, North
Carolina; Peter Andrew Regulski, Assistant Attorney General,
Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Sierra appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sierra v. Hassan</u>, No. 1:13-cv-00029-TDS-JLW (M.D.N.C. Mar. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>